UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL LOGAN LOWERY,
   Petitioner,

v.              Civil Action No. 4:23-CV-289-P

BOBBY LUMPKIN, Director,
TDCJ-CID,
   Respondent.

# FINAL JUDGMENT

  In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED** for lack of prosecution, without prejudice to being refiled. *See* Fed. R. Civ. P. 41(b).

  **SIGNED** on this **2nd day** of **May, 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE